PHILLIP A. TALBERT
Acting United States Attorney
KELLI L. TAYLOR
Email: Kelli.L.Taylor@usdoj.gov
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

JOHN W. RANUCCI, SBN 184801
ranucci@rankinlaw.com
ASHLEY N. KIM, SBN 335398
kim@rankinlaw.com
Rankin, Shuey, Ranucci, Mintz, Lampasona & Reynolds
2030 Franklin Street, 6th Floor
Oakland, CA  94612
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for the Defendant
UNITED STATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BUTTRAM,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-01858-TLN-CKD<br><br>ORDER TO MODIFY THE COURT'S SCHEDULING ORDER |

　　　Based on the parties' Stipulation and good cause appearing, the court hereby modifies the scheduling order in this case and the new deadlines are set forth as follows:

///

///

///

///

///

| Event | Original Deadlines | New Deadlines |
|---|---|---|
| Percipient (non-expert) discovery deadline | December 23, 2021 | March 23, 2022 |
| Parties' Expert disclosures | February 22, 2022 | May 20, 2022 |
| Supplemental/Rebuttal Expert Disclosures | March 24, 2022 | June 24, 2022 |
| Completion of expert discovery | April 24, 2022 | July 22, 2022 |
| Filing of dispositive motions | July 22, 2022 | October 24, 2022 |
| Notice of Trial Readiness Statement if no dispositive motions to be filed | May 19, 2022 | August 19, 2022 |
| Pre-trial Conference | Not Set | TBD |
| Bench Trial | Not Set | TBD |

IT IS SO ORDERED

DATED: November 3, 2021

Troy L. Nunley
United States District Judge